James C. Holland, #134233
Attorney at Law
134 North Conyer Street
Visalia, CA 93291
(559) 741-1112
FAX: (559) 741-1113

Attorney for Plaintiff High Tech Pet Products, Inc., a California Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH TECH PET PRODUCTS, INC., a California Corporation, | Case No. 1:13-cv-00242-AWI-MJS |
| Plaintiff, | DECLARATION OF PLAINTIFF'S COUNSEL RE CASE STATUS, REQUEST TO CONTINUE SCHEDULING CONFERENCE; PROPOSED ORDER CONTINUING SCHEDULING CONFERENCE; ORDER |
| vs. | |
| SHENZHEN JIANFENG ELECTRONIC PET PRODUCT CO., LTD; HONGMING TANG; VELLY WEI; DOES 1-20, | Date: May 16, 2013 Time: 112:00 a.m. Ctrm: 6 |
| Defendants. | Hon. Michael J. Seng |

I, James C. Holland, declare that as counsel of record for Plaintiff High Tech Pet Products, Inc., I have personal knowledge of the file and litigation herein, and on that basis, of the following.

1. I am informed that service was effectuated upon Defendant Shenzhen Jianfeng Electronic Pet Product Co., Ltd. and one of the two individual Defendants. I have received incomplete documentation of these services of process. As soon as I receive the complete documentation of these services of process, I will file same with the Court.

2. I have not received any communication, in any form, from any of the Defendants or any attorney purporting to represent any of them. I thereupon believe it likely that the Defendants upon whom service has been effectuated, will default.

3. As a result of the foregoing, I request that the Scheduling Conference now set May 16,

1

1    2013 at 11:00 am be continued or set over for a period of approximately 45 to 60 days.

2    Dated: May 14, 2013                              /s/ James C. Holland

3                                                     James C. Holland, Attorney for Plaintiff
                                                      HIGH TECH PET PRODUCTS, INC.

4

5                                    ORDER

6          Good cause appearing, the above ex parte  request is grantd and the Scheduling

7    Conference in case number  1:13-cv-00242-AWI-MJS is continued from May 16, 2013 until

8    1:00 p.m. , Thursday, July 25, 2013, in Fresno Courtroom 6 before U.S. Magistrate Judge

9     Michael J. Seng.

10

11

12

13   IT IS SO ORDERED.

     Dated:    May 15, 2013             /s/ Michael J. Seng

14                                      UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28