1  James C. Holland, #134233
   Attorney at Law
2  134 North Conyer Street
   Visalia, CA 93291
3  (559) 741-1112
   FAX: (559) 741-1113
4
5         Attorney for Plaintiff High Tech Pet Products, Inc., a California Corporation
6
7
8                        UNITED STATES DISTRICT COURT
9                        CENTRAL DISTRICT OF CALIFORNIA
10
11 HIGH TECH PET PRODUCTS, INC.,        ) Case No. 1:13-cv-00242-AWI-MJS
   a California Corporation,            )
12                                      ) DECLARATION OF PLAINTIFF'S COUNSEL
            Plaintiff,                  ) RE CASE STATUS, REQUEST TO
13                                      ) CONTINUE SCHEDULING CONFERENCE;
   vs.                                  ) PROPOSED ORDER CONTINUING
14                                      ) SCHEDULING CONFERENCE; ORDER
   SHENZHEN JIANFENG ELECTRONIC         )
15 PET PRODUCT CO., LTD; HONGMING       )
   TANG; VELLY WEI; DOES 1-20,          ) Date: May 16, 2013
16                                      ) Time: 112:00 a.m.
                                        ) Ctrm: 6
17          Defendants.                 ) Hon. Michael J. Seng

18         I, James C. Holland, declare that as counsel of record for Plaintiff High Tech Pet

19 Products, Inc., I have personal knowledge of the file and litigation herein, and on that basis, of

20 the following.

21         1. I am informed that service was effectuated upon Defendant Shenzhen Jianfeng

22 Electronic Pet Product Co., Ltd. and one of the two individual Defendants. I have received

23 incomplete documentation of these services of process. As soon as I receive the complete

24 documentation of these services of process, I will file same with the Court.

25         2. I have not received any communication, in any form, from any of the Defendants or

26 any attorney purporting to represent any of them. I thereupon believe it likely that the

27 Defendants upon whom service has been effectuated, will default.

28         3. As a result of the foregoing, I request that the Scheduling Conference now set May 16,

1

1  2013 at 11:00 am be continued or set over for a period of approximately 45 to 60 days.

2  Dated: May 14, 2013                           /s/ James C. Holland
                                                 James C. Holland, Attorney for Plaintiff
3                                                HIGH TECH PET PRODUCTS, INC.

4

5                                        ORDER

6     Good cause appearing, the above ex parte request is grantd and the Scheduling

7  Conference in case number 1:13-cv-00242-AWI-MJS is continued from May 16, 2013 until

8  1:00 p.m., Thursday, July 25, 2013, in Fresno Courtroom 6 before U.S. Magistrate Judge

9  Michael J. Seng.

IT IS SO ORDERED.

Dated:   May 15, 2013                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE

2