James C. Holland, #134233
Attorney at Law
134 North Conyer Street
Visalia, CA 93291
(559) 741-1112
FAX: (559) 741-1113

Attorney for Plaintiff High Tech Pet Products, Inc., a California Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH TECH PET PRODUCTS, INC., a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SHENZHEN JIANFENG ELECTRONIC PET PRODUCT CO., LTD; HONGMING TANG; VELLY WEI; DOES 1-20, <br><br> Defendants. | Case No. 1:13-cv-00242-AWI-MJS <br><br> VOLUNTARY DISMISSAL OF DEFENDANT HONGMING TANG ORDER THEREON <br><br> (Fed. R. Civ. Pro. 41(a)(1)) |

To all interested parties, please take notice that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(ii), Plaintiff High Tech Pet Products, by counsel of record, does hereby voluntarily dismiss Defendant Hongming Tang.

Dated: July 23, 2013                                  /s/ James C. Holland
                                                      James C. Holland, Attorney for Plaintiff
                                                      HIGH TECH PET PRODUCTS, INC.

///

///

IT IS SO ORDERED.

Dated:   July 23, 2013

_____
SENIOR  DISTRICT  JUDGE

1